**IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF TEXAS FORT WORTH DIVISION**

| | | |
|---|---|---|
| **ARLO NICHOLS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:24-cv-00053-O** |
| | § | |
| **GEV WIND POWER U.S., LLC,** | § | |
| | § | |
| **Defendant.** | § | |

**DECLARATION OF RORRY PHILLIPS IN SUPPORT OF
DEFENDANT'S MOTION TO VACATE AND SET ASIDE ENTRY OF DEFAULT.**

Pursuant to 28 U.S.C. § 1746, the undersigned declares as follows:

1.      "My name is Rorry Phillips. My date of birth is September 1, 1967. My mailing address is 2751 Northern Cross Blvd, Suite 313, Fort Worth, TX 76137.

2.      "I am over the age of 18, of sound mind, have never been convicted of any crime involving moral turpitude, and have personal knowledge of the following facts. I am fully competent to make this Declaration.

3.      "GEV Wind Power U.S., LLC ("GEV Wind") provides wind turbine maintenance, inspection, fabric and tower services to owner operators, utilities, and all major turbine original equipment manufacturers across the United States.

4.      "I am the Vice President of HR & Resourcing at GEV Wind.  At the time of the filing of the referenced Civil Action, I also was Vice President of Training

5.      "As part of my job duties, I am responsible for overseeing and implementing human resource policy, payroll and benefits policies and practices, recruiting policy and procedures, and legal compliance with employment laws and regulations, including implementing necessary organization changes regarding HR and recruiting. At the time that this civil action was filed, I

DECLARATION OF RORRY PHILLIPS                                                                              1

# EXHIBIT A

was also responsible for overseeing and implementing all internal employee training policies and procedures

6.      "My job consists of overseeing many different tasks in two departments, and at the time of the filing of this civil case, a third department as well. I receive hundreds of emails, direct messages, electronic notification and other communications per day, many of which are very important and time-sensitive matters. My job calls on me to give my full attention to these matters.

7.      "I am also responsible for conducting periodic reviews of employment-related legal matters against GEV Wind. I comparatively spend little time on these reviews relative to my other job duties, as they are infrequent. GEV Wind's active business relationship with the listed Registered Agent, John. G. Pearce in Austin Texas, is not an active, ongoing relationship and I have never had contact with him.

8.      "I learned on April 17, 2024 that John G. Pearce was served on January 19 with the lawsuit filed by Arlo Nichols.  Prior to April 17, I was not aware that Mr. Pearce was still listed as the Registered Agent for GEV Wind.  I was not aware that he had been served with the lawsuit as he did not call to communicate that fact to GEV Wind.  Instead, Mr. Pearce forwarded the lawsuit by email with no other form of communications.  I was extremely busy with overseeing organizational changes, which included dividing my own duties, in addition to my normal HR, Recruting and Trainig duties which were very heavy in January.  Based on my excessive workload, the fact that I was not aware Mr. Pearce was the Registered Agent so was not on the lookout for email from him, and based further on the fact that I did not receive a phone call or any other communications on the topic, the email providing a copy of the lawsuit got buried in my inbox and I did not see it.  Because I did not see the email, GEV Wind did not have actual notice of Plaintiff's lawsuit against it at the time the lawsuit was served on the Registered Agent.

9.     "In hindsight, GEV Wind should have looked into who was listed as GEV Wind's Registered Agent, though that was not part of my responsibilities, and instead was a relationship established prior to my employment by our Holding Company based in the UK. Had I been aware of that person's identity, I would have been more on the lookout for emails from him.  However, I did not fully understand the legal significance or consequences of ensuring that our Company update that information.  GEV Wind is in the process of updating the Registered Agent going forward.

10.     "On the afternoon of April 17, 2024, it was brought to our attention from a third party who was conducting a review of any potential pending legal matters against GEV that this lawsuit had been filed.  When we received that notification, I was not aware of any details of the matter other than a case had been filed.  I immediately reached out to the attorney GEV Wind uses for employment mattes and asked if her firm could find more information about the lawsuit.  As it was after hours when I contacted her, it was not until the next morning, April 18 that she received my message.  At approximately 9:30 a.m. on April 18, I found out that GEV Wind had been served via Mr. Pearce and that a default had been entered.  I immediately began a review of my inbox and discovered the unopened email that was sent on this matter in January with a copy of the lawsuit.

11.     "I immediately retained attorney Caroline C. Harrison and the law firm of Pham Harrison LLP to defend GEV Wind in the lawsuit and to file documents necessary to set aside the default.  It is my belief that GEV Wind has a meritorious defense to the allegations in the lawsuit and GEV Wind intends to actively participate in and defend against this litigation.  The failure to file an Answer was not due to any conscious indifference with regard to the lawsuit.  I simply did not notice the single email on this matter and was understaffed in my department and extremely overwhelmed with other tasks at one of the busiest times of my year.  In hindsight, GEV Wind

DECLARATION OF RORRY PHILLIPS                                                                                        3

should have had some controls in place to ensure that service of a lawsuit is communicated in a manner that guarantees the person receiving such notice is informed of the importance of the document.  The failure to pickup on the singular email notifying GEV Wind of a lawsuit was a mistake on my part and the result of human error and the unfortunate nature of today's overwhelming volume of electronic communications.

12.    "I make this declaration in good faith and not for dilatory reasons. GEV Wind does not typically miss service of a lawsuit or legal proceeding, and I feel a personal responsibility to set this matter right for GEV Wind. As soon as I learned of the lawsuit, I immediately sought legal counsel to defend this lawsuit.  The Motion to Set Aside for which I am providing this Declaration is being filed with all haste as soon as practicable given the date upon which I discovered both the filing of the lawsuit and the entry of default.

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct."

Executed in Tarrant County, State of Texas, on the 19th  day of April, 2024

_____

Rorry Phillips, Declarant