IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ARLO NICHOLS, and all others similarly situated under 29 USC § 216(b),<br><br>    *Plaintiff*,<br><br>v.<br><br>GEV WIND POWER U.S., LLC,<br><br>    *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 4:24-CV-00053<br>**JURY DEMANDED**<br>Collective Action pursuant to 29 U.S.C. § 216(b) |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Arlo Nichols *et al.* and Defendant GEV Wind Power, LLC respectfully notify the Court as follows:

1. This case is a 35-person collective action under the Fair Labor Standards Act ("FLSA").

2. Yesterday evening, the parties agreed to settle this case.

3. The parties are working together to prepare and execute settlement papers. We anticipate filing a Joint Motion to Approve the FLSA Settlement, and respectfully request 30 days to do so.

Respectfully submitted,

 */s/ Brandon C. Callahan (with permission)*
Brandon C. Callahan; SBN: 24096175
bcallahan@bustoslawfirm.com
Fernando M. Bustos; SBN: 24001819
fbustos@bustoslawfirm.com
Matthew N. Zimmerman; SBN: 24100386
mzimmerman@butsoslawfirm.com
Benjamin E. Casey; SBN: 24137943
bcasey@bustoslawfirm
BUSTOS LAW FIRM, P.C.
P.O. Box 1980
Lubbock, Texas 79408-1980
(806) 780-3976
(806) 780-3800 FAX

*Attorneys for Plaintiff Arlo Nichols and the Collective Action Members*

        */s/ Parker Graham*
        Parker Graham
          Texas State Bar No. 24087612
          pgraham@ccsb.com
        Brian Shaw
          Texas State Bar No. 24053473
          bshaw@ccsb.com
        Andrea Reed
          Texas State Bar No. 24121791
          areed@ccsb.com
        CARRINGTON, COLEMAN,
          SLOMAN & BLUMENTHAL, L.L.P.
        901 Main Street, Suite 5500
        Dallas, Texas 75202
        Telephone:(214) 855-3000
        Facsimile: (214) 580-2641

*Attorneys for Defendants*

## **CERTIFICATE OF CONFERENCE**

    I certify that I conferred with Plaintiffs' counsel by email on September 5, 2025, and that he gave me permission to file this notice jointly.

        */s/ Parker Graham*