IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AROL NICHOLS, | § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. 4:24-CV-00053-O |
| GEV WIND POWER US, LLC. | § § § | |
| Defendant. | § § | |

# ORDER

Pending before the Court is the Joint Motion to Dismiss with Prejudice ("Motion") filed by Plaintiff Arlo Nichols, all named Plaintiffs, and all opt-in Plaintiffs ("Plaintiffs") and Defendant GEV Wind Power, LLC ("GEV") (ECF No. 66).  Having considered the Motion, it is hereby **GRANTED**.  This case and collective action, and all claims asserted, are hereby **DISMISSED** with prejudice.  Each side will bear its own costs and fees.  All relief not expressly granted is hereby **DENIED**.

**SO ORDERED** on this **2nd day** of **December, 2025.**

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**

1